THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN REGAN, Appellant.

Submitted October 4, 1943; decided November 18, 1943.

Motion for reargument granted. (See 291 N. Y. 508.)

Motion for an order waiving the printing of the transcript of testimony taken on the hearing ordered by Hon. JOHN J. FRESCHI of the Court of General Sessions of the County of New York* and for a further order permitting the appellant to submit said stenographic typewritten copy of testimony as a part of this motion granted. Case set down for argument on December 6, 1943.

---

* On motion for a new trial on ground of newly discovered evidence.